1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                                **DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,                    )
                                                 )
9                   Plaintiff,                   )
                                                 )
10          v.                                   )        2:10-CR-557-LDG (RJJ)
                                                 )
11  JIMMY ARELLANO,                              )
                                                 )
12  _____Defendant._____    )

13                          **FINAL ORDER OF FORFEITURE**

14          On August 29, 2011, the United States District Court for the District of Nevada entered a

15  Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United

16  States Code, Section 853(a)(1) and (a)(2); Title 21, United States Code, Section 881(a)(11) and Title

17  28, United States Code, Section 2461(c); and Title 18, United States Code, Section 924(d)(1), (2)(C),

18  and (3)(B) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by

19  defendant JIMMY ARELLANO to the criminal offense, forfeiting specific property alleged in the

20  Information and shown by the United States to have a requisite nexus to the offense to which

21  defendant JIMMY ARELLANO pled guilty. Docket #94, #96, #102, #103.

22          This Court finds the United States of America published the notice of the forfeiture in

23  accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

24  consecutively from November 21, 2011, through December 20, 2011, notifying all known third

25  parties of their right to petition the Court. #108.

26  . . .

1    This Court finds no petition was filed herein by or on behalf of any person or entity and the

2    time for filing such petitions and claims has expired.

3        This Court finds no petitions are pending with regard to the assets named herein and the time

4    for presenting such petitions has expired.

5        THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

6    title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

7    United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

8    32.2(c)(2); Title 21, United States Code, Section 853(a)(1) and (a)(2); Title 21, United States Code,

9    Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and Title 18, United States

10   Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); and

11   Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

12           a.    One Interatech 9 millimeter ("Tec-9") pistol, Model AB-10 and magazine,

13                 serial number A016394; and

14           b.    any and all ammunition.

15       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited

16   funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well

17   as any income derived as a result of the United States of America's management of any property

18   forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of

19   according to law.

20       The Clerk is hereby directed to send copies of this Order to all counsel of record and three

21   certified copies to the United States Attorney's Office.

22       DATED this _____ day of _____, 2012.

23

24                                                _____
                                                 UNITED STATES DISTRICT JUDGE

25

26